**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**
**CIVIL ACTION NO.** 1:07cv-11-M

**Electronically Filed**

**MARTHA JENNINGS-HIGGS**
**371 HILLTOP ROAD**
**CANEYVILLE, KY 42721**                                        **PLAINTIFF**

    **v.**                            **COMPLAINT**

**GUARANTEE LIFE INSURANCE COMPANY**
**8801 INDIAN HILLS DRIVE**
**OMAHA, NEBRAKSA 68114-4066**

**SERVE:**    **KENTUCKY SECRETARY OF STATE**
             **152 STATE CAPTIOL**
             **700 CAPTIOL AVENUE**
             **FRANKFORT, KY 4061-3493**

**JEFFERSON PILOT FINANCIAL INSURANCE COMPANY**
**8801 INDIAN HILLS DRIVE**
**OMAHA, NEBRASKA 68114-4066**

**SERVE:**    **KENTUCKY SECRETARY OF STATE**
              **152 STATE CAPTIOL**
              **700 CAPTIOL AVENUE**
              **FRANKFORT, KY 4061-3493**                        **DEFENDANTS**

The plaintiff, Martha Jennings-Higgs, ("Higgs") states the following cause of action against the defendants, Guarantee Life Insurance Company ("GUARANTEE") and Jefferson Pilot Financial Insurance Company ("JP"):

**JURISDICTION**

1.)    This is a civil action brought to recover benefits due to an employee under an Employees Retirement Income Security Act (ERISA) plan and by virtue thereof

jurisdiction is conferred upon this court pursuant to 29 U.S.C.A. section 1132 (e) (2). The ERISA plan was administered in Warren County, Kentucky, where the plaintiff was employed. The defendants' breach of contract took place in Warren County, Kentucky. Warren County, Kentucky, is in the Bowling Green Division of the United States District Court for the Western District of Kentucky.

## PARTIES

2.)      Plaintiff, Martha Jennings-Higgs, is a citizen and resident of 371 Hilltop Road, Caneyville, Kentucky, 42721, at the times alleged herein and was an employee of the Commonwealth Health Corporation and a participant in its long-term disability insurance plan.

3.)      The defendants, Guarantee Life Insurance Company and Jefferson Pilot Financial Insurance Company, are foreign insurance corporations qualified to transact insurance business in the Commonwealth of Kentucky.   The Secretary of State is a designated agent for receipt of process for both defendants.  The defendants, individually or collectively, issued a group long-term disability policy to the defendant's employer, Commonwealth Health Care Corporation, for the benefit of its employees, including the plaintiff, Martha Jennings-Higgs.

## FACTUAL ALLEGATIONS

4.)      The   plaintiff,   Martha   Jennings-Higgs,   through   her   employer, Commonwealth Health Care Corporation, was insured by the defendant Guarantee and/or the defendant JP, or both, for long-term disability pursuant to the terms of group policy number  00040005300100124.  Certificate number 1291954 was  issued to plaintiff, Martha Jennings-Higgs by defendants.

2

5.)   Subsequent to the issuance of the certificate of coverage, plaintiff Martha Jennings-Higgs became totally disabled as that term is defined in the policy of insurance and certificate of coverage.

6.)   Plaintiff Martha Jennings-Higgs submitted an application for total disability benefits to the defendants in 2005. Plaintiff provided defendants with medical evidence from her treating physicians that she was totally disabled.

7.)   Defendants approved plaintiff's claim for total disability benefits and began paying her total disability benefits in the amount of $2,404.58, effective June 17, 2005.  A copy of this acceptance is attached hereto and incorporated by reference herein as Exhibit A.

8.)   Defendants continued to pay plaintiff total disability benefits thereafter until May 23, 2006, at which time they terminated her benefits.  A copy of this termination notice is attached hereto and incorporated by reference herein as Exhibit B.

9.)   Plaintiff appealed the defendants' denial of total disability benefits and on November 20, 2006, plaintiff's appeal was denied.  A copy of the appeal denial is attached hereto and incorporated by reference herein as Exhibit C.

10.)   Plaintiff remains totally disabled as defined in the defendants' policy of insurance.

**BREACH OF CONTRACT**

11.)   The defendants breached the insurance contract which provided coverage to the plaintiff for total disability benefits by failing and refusing to pay plaintiff benefits due under the long-term disability insurance policy and the ERISA Plan.

## STATE COURT CLAIMS

12.)    The defendants' failure and refusal to honor the plaintiff's claim for total disability benefits violates the Kentucky Unfair Claims Settlement Practices Act (KRS 304.12-230).

13.)    The defendants' failure to pay the plaintiff's claim for total disability benefits violates the Kentucky Consumer Protection Act (KRS. Chapter 367).

## DAMAGES

14.)    Plaintiff seeks to recover from the defendants all damages to which she is legally entitled under the provisions of her contract of insurance for long-term disability benefits with the defendants and for all damages to which she is legally entitled by virtue of defendant's breach of contract.

15.)    Pursuant to 29 U.S.C.A. § 1132 (g), plaintiff seeks to recover her attorney fees and court cost.

16.)    With respect to the state court claims, plaintiff seeks to recover damages for her embarrassment, humiliation and emotional distress.   The plaintiff seeks both compensatory and punitive damages by reason of defendant's breach of Kentucky's Unfair Claim Settlement Practices Act and Consumer Protection Act.

WHEREFORE, the plaintiff prays for judgment as follows:

a.)    For a sum in damages that will fairly compensate plaintiff for all of the damages which she has sustained  by reason of the defendants' breach of the insurance contract to provide long-term disability benefits;

b.)      For her attorney fees and cost;

c.)      For compensatory and punitive damages for violation of state statutes;

d.)      For prejudgment and post judgment interest;

e.)      For all other relief to which it appears that the plaintiff is entitled, including trial by jury on all issues so triable.

This 11th day of January 2007.

s/Joe B. Campbell
Campbell Law Offices
Attorney for Plaintiff
Suite 105, 1011 Lehman Avenue
Bowling Green, KY 42103
Phone: (270) 782-8228
Fax: (270) 782-8229
Email: campbelljoebill@bellsouth.net